```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04276
    DAVID A RODRIGUEZ
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-2613


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 03/11/07 and confirmed on 08/30/07.

    2.   The case was dismissed after confirmation, 05/16/2008.

    3.   The Debtor paid a total of $   5550.00 .

    4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
WELLS FARGO              CURRENT MORTG          .00           .00           .00
WELLS FARGO              MORTGAGE ARRE       146.46           .00        146.46
FORD MOTOR CREDIT CO     SECURED VEHIC      1081.14           .00       1081.14
FORD MOTOR CREDIT CO     SECURED VEHIC          .00           .00           .00
KENDALL COUNTY COLLECTOR SECURED                .00           .00           .00
LAKEWOOD CREEK HOMEOWNER SECURED             240.00           .00        240.00
ILLINOIS DEPT REVENUE    PRIORITY           2838.76           .00           .00
INTERNAL REVENUE SERVICE PRIORITY           1110.21           .00           .00
ECAST SETTLEMENT CORPORA UNSECURED          9168.17           .00           .00
HSBC                     UNSECURED         NOT FILED          .00           .00
CAPITAL ONE FINANCIAL    UNSECURED         NOT FILED          .00           .00
CAPITAL ONE BANK         UNSECURED           942.81           .00           .00
CAPITAL ONE BANK         UNSECURED           762.05           .00           .00
CERTIFIED SERVICES INC   UNSECURED         NOT FILED          .00           .00
COMED                    UNSECURED         NOT FILED          .00           .00
CREDITOR PROTECTION ASSO UNSECURED         NOT FILED          .00           .00
GE MONEY BANK            UNSECURED         NOT FILED          .00           .00
GE MONEY BANK            UNSECURED         NOT FILED          .00           .00
HOME PAGES               UNSECURED         NOT FILED          .00           .00
JAMES STEVENS & DANIELS  UNSECURED         NOT FILED          .00           .00
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
JVDB ASSOC CONSUMER      UNSECURED         NOT FILED          .00           .00
MEDICAL COLLECTION SYSTE UNSECURED         NOT FILED          .00           .00
NICOR GAS                UNSECURED           285.75           .00           .00
PAYPAL                   UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA UNSECURED           432.44           .00           .00
SUBURBAN RECOVERY        UNSECURED         NOT FILED          .00           .00
PELLETTIERI & ASSOC      UNSECURED         NOT FILED          .00           .00
```

```
PHILLIP C MACH              UNSECURED      NOT FILED              .00           .00
VILLAGE OF MONTGOMERY       UNSECURED      NOT FILED              .00           .00
SBC AMERITECH               UNSECURED      NOT FILED              .00           .00
COUNTRYWIDE FINANCIAL       SECURED              .00              .00           .00
COUNTRYWIDE FINANCIAL       MORTGAGE ARRE   5097.89              .00       1086.82
ILLINOIS DEPT REVENUE       UNSECURED       329.07              .00           .00
INTERNAL REVENUE SERVICE    UNSECURED        67.40              .00           .00
RESURGENT CAPITAL SERVIC    UNSECURED       504.38              .00           .00
ROUNDUP FUNDING LLC         UNSECURED      2796.89              .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED        OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   6565.49      3948.97     15288.96          .00    25803.42
PRINCIPAL PAID       2554.42          .00          .00          .00     2554.42
INTEREST PAID             .00         .00          .00          .00          .00
TOTAL PAID           2554.42          .00          .00          .00     2554.42
```

The Debtor's attorney, ROBERT V SCHALLER           , was allowed $   3000.00
and was paid $    241.00  direct and $   2759.00  through the plan.

The Trustee received $     236.58 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 04276 DAVID A RODRIGUEZ